with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

AMERICAN TRUST COMPANY, Respondent, v. SAMUEL BRILL, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

AMERICAN TRUST COMPANY, Respondent, v. SAMUEL BRILL, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

GUSTAV RYAN, Respondent, v. MUNSON STEAMSHIP LINE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

EDWARD P. BARNETT and Others, Respondents, v. EUROMERICAN CELLULOSE PRODUCTS CORPORATION and Others, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent indicated in the order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [135 Misc. 675.] .

In the Matter of the Petition of MARY GRANT McCANN for the Custody of Her Two Infant Children, JOAN and PATRICIA PROSKAUER, Now in the Possession of Their Father, JULIEN J. PROSKAUER.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy and Martin, JJ.

ALBERT B. GROSS, Respondent, v. MANO SWARTZ, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SIDNEY LEVINE, Respondent, v. PETER J. CONTONIS and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SOLOMON BERINGER, Respondent, v. EBLING BREWING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JOSEPH MASTROMARINO, Respondent, v. CHARLES BRANCATI, Appellant.— Order affirmed, with ten dollars costs and disbursements, without prejudice to proper application to correct the amount of the judgment. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of KALISCHER YOUNG MEN'S BENEVOLENT SOCIETY, ETC., Respondent, against EDWARD J. FLYNN, Secretary of State, etc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MAE B. WAXBERG, Respondent, v. NATHAN WAXBERG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

IRVING N. COOPER, Appellant, v. HENRY A. LIBAIRE and Others, Respondents.